Alice Whitten
Chapter 13 Standing Trustee
6100 Western Place, Ste 1050
Fort Worth, TX 76107-6107
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: LASONJA JANELLE BA<br><br>DEBTOR | CASE NO.: 10-43063-RFN<br>CHAPTER 13<br>Pre-Hearing Conference:<br>Friday, February 25, 2011 @ 1:00 PM |

**TRUSTEE'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**
**DATE: January 20, 2011**

**TO THE HONORABLE RUSSELL F NELMS, U.S. BANKRUPTCY JUDGE:**

Pursuant to 11 U.S.C. §1329, the Standing Chapter 13 Trustee requests the following modification of the original or last modified Chapter 13 Plan:

1. Purpose of this Modification is to correct treatment of the secured Creditors CarMax and Toyota per the amended plan filed 05/24/10 that was not reflected in the TRCC order dated 01/10/11 . Carmax claim of $13,155.50 to be paid the value of $10,625 at 4.75% with fixed payments of $132.81 months 1-11, $150.01 months 12-12 and $221.58 months 13-60.
2. Toyota claim of $20,537.06 to be paid the value of $14,150 at 4.75% with fixed payments of $176.88 months 1-11, $199.79 months 12-12 and $295.08 months 13-60. Mod pymts to resume 02/02/11 x 52 for new plan base of $35,695 in 60 months.

1. To the extent the Base Amount exceeds the amount needed to pay all allowed Secured, Priority and Administrative Claims in full, such excess shall be paid pro-rata to allowed timely filed non-penalty general unsecured claims up to 100%, with any remaining balance refunded to Debtor(s). The Unsecured Creditors' Pool will be adjusted accordingly.

2. All other provisions as set forth in the last confirmed plan remain the same.

Respectfully submitted,

By: **/s/ Alice Whitten**
, Standing Chapter 13 Trustee
State Bar No.
Jason Miller, Staff Attorney
State Bar No. 24043824
6100 Western Place, Ste 1050
Fort Worth, TX 76107-6107
Telephone: (817) 916-4710
Facsimile: (817) 916-4770

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's Modification of Chapter 13 Plan After Confirmation" was served by electronic mail to those persons enlisted to receive electronic notice, including the attorney for the Debtor and the United States Trustee, and was served by first class mail, postage prepaid, on the Debtor(s), at the address listed on the petition and/or schedules, and on the parties listed below, on 1/20/2011 12:00:00AM:

LASONJA JANELLE BAKER
1570 Windsong Trl #233
Fort Worth, TX 76120

ALLMAND AND LEE PLLC
8701 BEDFORD EULESS RD STE 510
HURST, TX 76053

/s/ Alice Whitten